IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID T. CHUBBUCK,

    Plaintiff,                       No. CIV S-04-1748 MCE DAD P

    vs.

THE CDC: HIGH DESERT STATE PRISON, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his amended complaint. Good cause appearing, this request will be granted. Plaintiff's request for an order protecting him from limitations on law library access is not supported by a brief on the legal issues and a declaration showing irreparable injury. The latter request will therefore be denied. IT IS ORDERED that:

        1. Plaintiff's January 25, 2006 request for extension of time is granted, and plaintiff's amended complaint shall be filed within sixty days from the date of this order; and

        2. Plaintiff's January 25, 2006 request for an order of protection is denied.

DATED: January 31, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
chub1748.36