IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID T. CHUBBUCK,

    Plaintiff,                                    No. CIV S-04-1748 MCE DAD P

    vs.

THE CDC: HIGH DESERT STATE PRISON, et al.,

    Defendants.                                 <u>ORDER</u>

_____/

        On December 21, 2005, the court dismissed plaintiff's complaint with thirty days leave to amend. In response to plaintiff's request for an extension of time to February 21, 2006, the court granted a sixty-day extension of time on January 31, 2006. On February 8, 2006, plaintiff requested a second extension of time. The request, which appears to have been prepared before plaintiff received the order granting a sixty-day extension of time, will be denied as moot. On March 20, 2006, plaintiff requested an additional thirty to sixty days to file his amended complaint. The court will grant plaintiff a final extension of time to May 21, 2006.

        Each of plaintiff's requests for extension of time has been mistitled "[Proposed] order for an extention [sic] of time." A request for an extension of time must be so titled. While parties are permitted to submit proposed orders with a signature line for the assigned judge, all

proposed orders must be electronically filed and must also be submitted in a specific format by e-mail.  A filer who cannot file documents electronically is precluded from submitting proposed orders.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 8, 2006 request for second extension of time is denied as moot;

2. Plaintiff's March 20, 2006 request for third extension of time is granted; and

3. Plaintiff's amended complaint shall be filed on or before May 21, 2006.  No further extension of time will be granted for this purpose.

DATED: April 3, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
chub1748.36sec