IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID T. CHUBBUCK,

    Plaintiff,                    No. CIV S-04-1748 MCE DAD P

    vs.

THE CDC: HIGH DESERT STATE PRISON, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff has requested a second extension of time to file a third amended complaint pursuant to the court's order of March 14, 2008. Good cause appearing, plaintiff's request will be granted.[1]

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 27, 2008 request for an extension of time is granted; and

/////

/////

---

[1] The court is informed that plaintiff has been diagnosed with colon cancer and was recently transferred to California Medical Facility. In light of these unforeseen circumstances, the court will grant plaintiff sixty days to file his amended complaint. In the event additional time is required, plaintiff should seek another extension of time from the court.

1

2. Plaintiff is granted sixty days from the date of this order in which to file his third amended complaint.

DATED: June 10, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ja
chub1748.36amd(2)