IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID T. CHUBBUCK,

        Plaintiff,   No. CIV S-04-1748-MCE-DAD P

    vs.

THE CDC: HIGH DESERT STATE PRISON, et al.,

        Defendants.   ORDER
_____/

        Plaintiff has requested a third extension of time to file a third amended complaint pursuant to the court's order of March 14, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 27, 2008 request for an extension of time (Doc. No. 25) is granted; and

/////
/////
/////
/////
/////

1

2. Plaintiff is granted sixty days from the date of this order in which to file a third amended complaint.

DATED: September 5, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:cm
chub1748.36amd(3)