IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID T. CHUBBUCK,

    Plaintiff,                          No. CIV S-04-1748 MCE DAD P

    vs.

THE CDC: HIGH DESERT STATE PRISON, et al.,

    Defendants.                    ORDER

/

        Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested appointment of counsel.

        The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

        The test for exceptional circumstances requires the court to evaluate the plaintiff's likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See Wilborn v. Escalderon, 789 F.2d 1328,

1331 (9th Cir. 1986); <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances common to most prisoners, such as lack of legal education and limited law library access, do not establish exceptional circumstances that would warrant a request for voluntary assistance of counsel. In the present case, the court does not find the required exceptional circumstances.

In addition, plaintiff has requested a fourth extension of time to file a third amended complaint pursuant to the court's order of March 14, 2008. Good cause appearing, plaintiff's request will be granted. However, no further extension of time will be granted for this purpose.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's November 7, 2008 request for appointment of counsel (Docket No. 27) is denied;

2. Plaintiff's November 7, 2008 request for an extension of time (Docket No. 27) is granted; and

3. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. No further extension of time will be granted for this purpose.

DATED: November 18, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
chub1748.31+36amc