IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID T. CHUBBUCK,

    Plaintiff,                           No. CIV S-04-1748 MCE DAD P

    vs.

THE CDC:HIGH DESERT STATE PRISON, et al.,

    Defendants.                      FINDINGS & RECOMMENDATIONS

/

        By order filed March 14, 2008, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. On May 6, 2008, plaintiff was granted an additional thirty days to file a third amended complaint. On June 11, 2008, plaintiff was granted an additional sixty days to file a third amended complaint. On September 5, 2008, plaintiff was granted an additional sixty days to file a third amended complaint. On November 19, 2008, plaintiff was granted one final thirty day extension of time to file a third amended complaint and was admonished that no further extension of time would be granted for this purpose. The time period has now expired, and plaintiff has not filed a third amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

1

1   These findings and recommendations are submitted to the United States District
2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3   days after being served with these findings and recommendations, plaintiff may file written
4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6   specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7   F.2d 1153 (9th Cir. 1991).

DATED: January 13, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
chub1748.fta.ext